Felix DELGADO PARRENO, aka Felix Delgado Petitioner—Appellant,

v.

E. ROE, Warden, Respondent—Appellee.

No. 03–55877.

D.C. CV–02–00379–DOC.

United States Court of Appeals, Ninth Circuit.

Submitted* July 12, 2004.

Decided Aug. 4, 2004.

Kenneth M. Stern, Woodland Hills, CA, for Petitioner-Appellant.

Felix Delgado Parreno, Susanville, CA, pro se.

Elizabeth A. Hartwig, Asst. U.S. Atty., San Diego, CA, for Respondent-Appellee.

Before KOZINSKI and SILVERMAN, Circuit Judges, and WEINER, District Judge.**

MEMORANDUM***

There was no error justifying habeas relief arising from the state court's

---

* The Panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App.P. 34(a).

** Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the

admitting into evidence the burglary tools found in Parreno's possession on the day he was arrested. The evidence was relevant to the issues of intent and identification. It was properly admitted under state law and did not render his trial fundamentally unfair so as to permit habeas relief.

■ There was also no error justifying habeas relief arising from the jury's consideration of one juror's experience with opening a door using a credit card. This discussion during the deliberations was not extraneous evidence, but rather the juror's discussion of his past personal experience as it related to weight of the trial evidence. As such, it did not constitute jury misconduct.

AFFIRMED.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

